IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE MEDCALF,<br><br>Plaintiff,<br><br>v.<br><br>DAYTON FREIGHT LINES, INC.<br><br>Defendant, | Cause of Action: 1:21-cv-02421-RLY-DLP |

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Natalie Medcalf, and Defendant Dayton Freight Lines, Inc., through their respective undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims asserted, or that could have been asserted, in this action, **with prejudice**, and without a Court order, by filing this Joint Stipulation For Dismissal signed by all parties who have appeared. Each party to bear their own costs and attorney's fees.

Dated: January 5, 2022.                    Respectfully submitted,

*/s/ Paul J. Cummings*                     */s/ Robert K. Wellington (with permission)*
Paul J. Cummings, #22713-41                Robert K. Wellington, (OH #0055540)

Attorney for Plaintiff Michelle Kohlsdorf  Attorney for Dayton Freight Lines, Inc.
HENN HAWORTH CUMMINGS & PAGE               GRAYDON HEAD & RITCHEY LLP
1634 W Smith Valley Road, Suite B          312 Walnut Street, Ste. 1800
Greenwood, Indiana 46142                   Cincinnati, OH 45202
317/885-0041                               513/629-2812
888/308-6503-Fax                           513/651-3836-Fax
paul.cummings@hhcplaw.com                  kwellington@graydon.law

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF system, which will send a notice of electronic filing upon all counsel of record.

      Kent Wellington (OH 0055540)
      GRAYDON HEAD & RITCHEY LLP
      312 Walnut St., Suite 1800
      Cincinnati, OH 45202
      Phone: (513) 629-2812
      Fax: (513) 651-3836
      Email: kwellington@graydon.law

                                          */s/ Paul J. Cummings*
                                          Paul J. Cummings