IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATALIE MEDCALF, <br><br> Plaintiff, <br><br> v. <br><br> DAYTON FREIGHT LINES, INC. <br><br> Defendant, | Cause of Action: 1:21-cv-02421-RLY-DLP |

<u>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE</u>

This matter, having come before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised in the premises, hereby GRANTS said joint stipulation.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that the suit filed by Plaintiff, Natalie Medcalf, against Defendant, Dayton Freight Lines, Inc., is hereby dismissed, with prejudice, with each party to bear its own costs and attorney fees.

SO ORDERED this 19th day of January, 2022.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all parties of record via CM/ECF.